THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK L. SMYTHE, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of the crime of assisting, etc., in a lottery.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

PHILIP POLIZZI, as Administrator of the Estate of LUIGI "LOUIS" POLIZZI, Deceased, Appellant, v. LEWIS "LOUIS" RUGGIERO, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment dismissing the complaint in an action for damages for the death of plaintiff's intestate alleged to have resulted by reason of a defective stairway in an apartment building.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post*, p. 998.]

■

BETTY-JANE H. BAUMAN, as Executrix of BERNARD E. BAUMAN, Deceased, Respondent-Appellant, v. TOWN OF IRONDEQUOIT, Appellant, and LAURELTON FIRE DISTRICT OF THE TOWN OF IRONDEQUOIT, Respondent.— Order entered certifying that a constitutional question is directly involved. Present — McCurn, P. J., Vaughan, Kimball, Piper, and Wheeler, JJ. [See 282 App. Div. 916.]

■

In the Matter of the Probate of the Will of SALEME HOBAICA, Deceased. HICKEL SHAHEEN, Appellant; NASSER J. FLIHAN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 282 App. Div. 917.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK L. FOLEY and CHARLES M. MAINO, Appellants.— Motion for reargument granted. Upon reargument motion granted to amend remittitur by stating in said remittitur that the judgments of conviction and orders are reversed on the law and a new trial granted instead of on the law and facts. Present.— McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [Also printed *ante*, p. 239.— REP.]

■

HELEN K. HEWIG et al., Respondents, v. CHARLES J. KLEINMAN et al., Defendants, and MICHAEL D. CONRY, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Motion to amend order entered herein on November 18, 1953, by directing payment of the net proceeds of the sale to defendant Michael Conry instead of to plaintiffs, Hewig and Kellogg, granted. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 282 App. Div. 1001.]

■

ARTHUR F. WILLIAMS, Appellant, v. AIRCOOLED MOTORS, INC., Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 187.]